IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| IN RE:  STEPHEN DEMAURA and AMY DEMAURA, | CASE NO. 5:21-bk-71401 |
| Debtors | Chapter 7 |

## UNITED STATES TRUSTEE'S MOTION TO REOPEN CASE AND DIRECT APPOINTMENT OF TRUSTEE

Comes the United States Trustee for Region 13 by the undersigned counsel, and for his Motion to Reopen Case and Direct Appointment of Trustee (the "motion"), respectfully states and alleges:

1. This Court has jurisdiction of this matter pursuant to 28 U.S.C. §§ 1334, 157(a) and Local Rule 83.1 of the District Court.

2. This case was commenced with the filing of a voluntary petition under Chapter 7 of the Bankruptcy Code on September 30, 2021. J. Brian Ferguson was the duly qualified and acting trustee in this case.

3. The case was closed by the Court on August 8, 2023.

4. Following closing of the case and discharge of the trustee, the trustee received notification of the possibility of the existence of assets available for distribution. The United States Trustee has been advised of these facts and believe they warrant the reopening of this case and, further, that it would be in the best interest of the estate to direct the United States Trustee to appoint a trustee to insure efficient administration of the case.

5. The United States Trustee seeks to reopen the case and appoint a trustee to insure efficient administration of the case. *See* 11 U.S.C. § 350(b).

6. In a chapter 7, 12, or 13 case, a trustee shall not be appointed by the United States Trustee unless the Court determines that a trustee is necessary to protect the interests of creditors

and the debtor to insure efficient administration of the case. Fed. Bankr. R. Pro. 5010.

WHEREFORE, the United States Trustee prays this Court enter its Order reopening the case and directing appointment of a trustee, and for all other relief which is just and proper.

Respectfully submitted,

JERRY L. JENSEN
ACTING UNITED STATES TRUSTEE

PATRICIA J. STANLEY
ASSISTANT UNITED STATES TRUSTEE


/s/ Patricia J. Stanley
PATRICIA J. STANLEY, Bar No. 2005032
ASSISTANT UNITED STATES TRUSTEE
200 West Capitol Avenue, Suite 1200
Little Rock, AR 72201-3618
(501) 324-7103

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading will be mailed by regular, first class, U.S. Mail, postage fully prepaid, to the following parties of record not receiving electronic notice on October 19, 2023:

| | |
|---|---|
| Stephen Demaura and Amy Demaura<br>4601 W Bayberry Place<br>Rogers, AR 72758 | J. Christopher Harris<br>HATFIELD HARRIS, PLLC<br>5208 Village Parkway, Ste 9<br>Rogers, AR 72758 |

/s/ Patricia J. Stanley
Patricia J. Stanley